GEORGE B. FRANCE, EXECUTOR, ESTATE OF GEORGE HENRY FRANCE, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 28558.   Promulgated December 6, 1929.

*H. H. Stipp, Esq.*, for the petitioner.
*Arthur H. Murray, Esq.*, for the respondent.

OPINION.

LANSDON: After a careful consideration of all the evidence adduced, we are of the opinion that at April 4, 1924, the property in question had a value of $75,000.

> *Decision will be rendered for the petitioner, under Rule 50.*